JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ANTOINE MONROE,

Petitioner,

v.

TAMMY FOSS, Warden,

Respondent.

No. CV 19-10464-ODW (PLA)

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: May 26, 2020

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE